# Court of Appeals
# of the State of Georgia

ATLANTA,  September 26, 2022

*The Court of Appeals hereby passes the following order:*

**A23A0307. JOHN DAVID THOMAS v. GEORGIA DISTRICT COUNCIL OF ASSEMBLIES OF GOD, INC.**

John David Thomas filed a notice of appeal in the Supreme Court of Georgia from the trial court's orders granting Georgia District Council of Assemblies of God, Inc.'s request for an interlocutory injunction and denying Thomas's motion to dismiss. The Supreme Court transferred the appeal to this Court. Case No. S22A1317 (August 23, 2022). We lack jurisdiction to consider this appeal.

Thomas's notice of appeal is untimely. A notice of appeal must be filed within 30 days after the entry of an appealable judgment. OCGA § 5-6-38 (a). The orders Thomas seeks to appeal were entered on May 25, 2022, but he did not file his notice of appeal until July 6, 2022, 42 days later.[1] "The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction upon the appellate court." *Couch v. United Paperworkers Intl. Union*, 224 Ga. App. 721 (482 SE2d 704) (1997).

---

[1] We note that an order ruling on an interlocutory injunction is directly appealable. See OCGA § 5-6-34 (a) (4).

Accordingly, this appeal is DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
      *Clerk's Office, Atlanta,*   09/26/2022  

     *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

     *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*